$ 4,461,849.53 $ 6,488,613.20

**Sleep Innovations**
**Schedule of Professional Fees and Expenses Paid**
**Case Number: 08-12305**
**Reporting period: Through fiscal November, 2008**

| Payee | Period Covered | Amount Paid |
|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | | 26,381 |
| ***Total Akin Gump Hauer & Feld*** | | ***26,381*** |
| Capstone Advisory Group, LLC | 10/13/08 - 10/19/08 | 20,380 |
| Capstone Advisory Group, LLC | 10/3/08 - 10/12/08 & 10/20/08 - 10/26/08 | 99,542 |
| Capstone Advisory Group, LLC | 10/27/08 - 11/2/08 | 17,145 |
| Capstone Advisory Group, LLC | 11/1/08 - 11/9/08 | 8,149 |
| ***Total Capstone*** | | ***145,216*** |
| MWW Group | 9/25/08 - 10/19/08 | 7,022 |
| ***Total MWW*** | | ***7,022*** |
| The Garden City Group, Inc | Aug '08 - Oct '08 | 86,702 |
| ***Total Garden City*** | | ***86,702*** |
| | ***Total Professionals Paid*** | ***265,320*** |

**Comfort Co and Subsidiary**
**Consolidated statements of operations**

| | Oct 2008 | Nov 2008 | Cumulative Filing to Date |
|---|---|---|---|
| **Retail Operations** | | | |
| Gross sales | 20,499 | 17,293 | 37,792 |
| Allowances | (2,004) | (2,627) | (4,631) |
| Net sales | **18,495** | **14,666** | **33,161** |
| **OEM Operations** | | | |
| Trade sales | 9,537 | 8,534 | 18,071 |
| Allowances | (352) | (505) | (857) |
| Net sales | **9,185** | **8,029** | **17,214** |
| **Consolidated net sales** | **27,680** | **22,695** | **50,375** |
| Cost of sales, net of intercompany transfers | 24,238 | 19,867 | 44,105 |
| **Gross profit** | **3,442** | **2,828** | **6,270** |
| Selling, general and administrative | 1,605 | 1,438 | 3,043 |
| Other income (expense) | - | 1 | 1 |
| Income from operations before depreciation | **1,837** | **1,391** | **3,228** |
| Depreciation | 651 | (231) | 420 |
| Income from operations | 1,186 | 1,622 | 2,808 |
| Interest expense | (4,000) | (1,809) | (5,809) |
| Deferred financing costs | (1,973) | (137) | (2,110) |
| Interest income | 12 | 22 | 34 |
| Management and consulting agreements | (39) | (39) | (78) |
| Integration costs | (472) | (2) | (474) |
| US Trustee Fees | (31) | (31) | (62) |
| Professional fees - bankruptcy | (52) | (837) | (889) |
| Amortization of intangible assets | 1,277 | (559) | 718 |
| Income before income taxes | (4,091) | (1,771) | (5,862) |
| Income taxes | (1) | (98) | (99) |
| Net Income | (4,090) | (1,673) | (5,764) |

**Comfort Co., Inc. & Subsidiary**
**Consolidated Balance Sheets**

| | Oct '08 | Nov '08 |
|---|---|---|
| ASSETS | | |
| Current Assets: | | |
| Cash | $ 2,876 | $ 5,222 |
| Accounts Receivable | 44,961 | 48,647 |
| Inventory | 39,382 | 41,990 |
| Prepaid Expenses & Other Current Assets | 2,460 | 2,964 |
| Total Current Assets | 89,679 | 98,823 |
| Property & Equipment, at cost | 71,850 | 72,093 |
| Accumulated Depreciation | (14,432) | (14,202) |
| Total Property & Equipment, net | 57,418 | 57,891 |
| Other Assets: | | |
| Deferred Financing Costs | 8,204 | 8,082 |
| IT System Implementation | 8,551 | 9,227 |
| Security Deposits | 867 | 947 |
| Deposits on Property and Equip | 1,165 | 1,140 |
| Deferred tax asset | 1,036 | 1,036 |
| Customer relationships, net of accumulated amortization | 51,716 | 51,185 |
| Trademarks, net of accumulated amortization | 17,735 | 17,600 |
| Goodwill / other Assets | 2,729 | 2,700 |
| Total Other Assets | 92,003 | 91,916 |
| TOTAL ASSETS | $ 239,100 | $ 248,630 |
| LIABILITIES AND EQUITY | | |
| Current Liabilities: | | |
| Current maturities of term loan debt | 2,400 | 2,400 |
| Sales Tax Payable | - | - |
| Income Taxes Payable | 54 | 54 |
| Accrued Interest | 12,225 | 13,769 |
| Accounts Payable - Trade - Pre Petition | 28,262 | 27,625 |
| Commissions and Royalties Payable - Pre Petition | 1,289 | 1,289 |

UNITED STATES BANKRUPTCY COURT
________ DISTRICT OF Delaware

In re Comfort Co., Inc. Case No. 08-12305

| | Oct '08 | Nov '08 |
|---|---|---|
| Accrued Expenses - Other - Pre Petition | 6,187 | 6,170 |
| Total Pre-Petition Liabilities | 35,738 | 35,084 |
| Accounts Payable - Trade - Post Petition | (3,737) | 3,905 |
| Commissions and Royalties Payable - Post Petition | 18 | 16 |
| Accrued Expenses - Other - Post Petition | 480 | 945 |
| Total Post-Petition Liabilities | (3,239) | 4,866 |
| Total Current Liabilities | 47,178 | 56,173 |
| Deferred rent | 344 | 359 |
| Revolving debt | 47,400 | 49,600 |
| Term loans | 285,200 | 285,200 |
| Deferred income taxes | 6,584 | 6,584 |
| Equity: | | |
| Common Stock | 1 | 1 |
| Additional paid-in capital | 213,891 | 213,891 |
| Accum Foreign Currency Translation | (7) | (14) |
| Retained Earnings - Beginning | (304,741) | (304,741) |
| Retained Earnings - Current year earnings | (56,750) | (58,423) |
| Total Equity | (147,606) | (149,286) |
| TOTAL LIABILITIES AND EQUITY | $ 239,100 | $ 248,630 |
| | 0 | (0) |

Sleep Innovations
Post-Petition Taxes
Case Number: 08-12305
Reporting period: Through fiscal November, 2008

Attestation:

Sleep innovations and Subs are current in payment of all taxes as of the date of this filing.

Jeffrey F. Kies 1/6/09

Jeffrey F. Kies
CFO

**Sleep Innovations**
**AP Aging - Post petition Debts**
**Case Number: 08-12305**
**Reporting period: Through fiscal November, 2008**

Reporting Period: 10/3/08 – 11/22/08

MONTHLY OPERATING REPORT

| | Current | 0 - 30 | 31 - 60 | 61 - 90 | Total |
|---|---|---|---|---|---|
| Total Postpetition Debts as of fiscal November, 2008 | 3,904,810.22 | 3,904,810.22 | - | - | - |
| G/L Balance | 3,904,810.22 | | | | |
| Variance | - | | | | |

Comfort Co. / Sleep innovations / AUT
Debtor Questionnaire
Case Number: 08-12305
Reporting period: Through fiscal November, 2008

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X | |

... Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

account this reporting period? If yes, provide an explanation below.

| | | Yes | No | N/A |
|---|---|---|---|---|
| 3. | Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | | X |
| 4. | Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | | X | |
| 5. | Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X | |

Question 3 - no tax returns have been due during this period.

Question 5 - certain Petty Cash accounts were established at the Operating facilities as follows:

Checking Bank of Dudley
1650 Veterans Blvd
Dublin, GA 31021
Acct # 0143174
Maximum Balance: $4,000

Checking Bank of Brenham
501 South Austin Street
Brenham, TX 77833-3675
Acct # 317222
Maximum Balance: $4,000

Checking TD Bank North
33 Low Street
Newburyport, MA 01950
Acct # 8245850636
Maximum Balance: $4,000

Checking State Bank of Illinois
600 E. Washington Street
West Chicago, IL 60185
Acct # 0560048140
Maximum Balance: $4,000

Savings Wachovia Bank, N.A.
Locust Street
West Long Branch, NJ 07764
Acct # 2000029820515
Account Created for Utilities Reserve