# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| COMFORT CO., INC., a | ) | Case No. 08-12305 (MFW) |
| Delaware corporation, *et. al.*,[1] | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

---

## PLAN SUPPLEMENT FOR THE DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

---

 

DUANE MORRIS LLP
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
Lawrence J. Kotler (DE 4181)
Sommer L. Ross (DE 4598)
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Phone: (302) 657-4900
Fax: (302) 657-4901

Attorneys for the Debtors and Debtors in Possession

Dated: Wilmington, Delaware
January 20, 2009

---

[1] The Debtors in these cases along with the last four digits of each Debtor's federal tax identification number, are: Comfort Co., Inc. (0360); Sleep Innovations, Inc. (6386); Advanced Innovations Central, LLC (7109); Advanced Innovations East, LLC (2669); Advanced Innovations West, LLC (2116); Advanced Urethane Technologies, Inc. (1725); AUT Brenham, Inc. (7286); AUT Dallas, Inc. (7706); AUT Lebanon, Inc. (7928); AUT Newburyport, Inc. (7032); and AUT West Chicago, Inc. (7561). The address for all of the Debtors is 187 Route 36, Suite 101, West Long Branch, New Jersey 07764.

## EXECUTIVE SUMMARY

Comfort Co., Inc. and its affiliates identified on the title page above, as debtors and debtors in possession (collectively, the "Debtors"), submit this *Plan Supplement for the Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* (as may be amended from time to time, the "Plan Supplement") in accordance with the *Order (A) Approving First Amended Disclosure Statement, (B) Fixing the Voting Record Date, (C) Scheduling Certain Hearing Dates and Deadlines in Connection with the Proposed Confirmation of the Debtors' Proposed First Amended Plan of Reorganization, and (D) Approving the Solicitation Procedures and Form of Solicitation Package and Notices*, entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on December 29, 2008 [Docket No. 359].

The Debtors are filing this Plan Supplement in connection with (i) the solicitation of acceptances of the *Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 357] (as may be amended from time to time, the "Plan")[2] and (ii) the Confirmation Hearing, which is scheduled to commence at 10:30 a.m. prevailing Eastern Time on February 4, 2009 before the Honorable Mary F. Walrath, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, located at 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

While the Debtors do not intend to serve copies of this Plan Supplement upon parties in interest in these Chapter 11 Cases, parties who wish to obtain copies of the Plan Supplement (or any of the individual documents included therein), may do so by contacting the Debtors' Voting and Claims Agent, The Garden City Group, Inc. by: (i) calling the Debtors' restructuring hotline at (888) 733-1437; (ii) visiting the Debtors' restructuring website at: http://www.sleepinnovationsch11.com; and/or (iii) writing to The Garden City Group, Inc., Attn: Comfort Co., Inc., P.O. Box 9000 #6507, Merrick, New York 11566-9000. You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at: http://www.deb.uscourts.gov.

**THE DEBTORS EXPRESSLY RESERVE THE RIGHT TO AMEND, MODIFY, REMOVE, OR SUPPLEMENT ANY DOCUMENT INCLUDED IN THIS PLAN SUPPLEMENT FROM TIME TO TIME PRIOR TO THE EFFECTIVE DATE.**

---

[2] Unless otherwise noted, all capitalized terms used but not otherwise defined in the Plan Supplement shall have the meanings set forth in the Plan.

# PLAN SUPPLEMENT DOCUMENTS[1]

Exhibit A:   Amended and Restated Certificate of Incorporation of Reorganized Holdings;

Exhibit B:   Amended and Restated By-Laws of Reorganized Holdings;

Exhibit C:   Stockholders Agreement;

Exhibit D:   Registration Rights Agreement;

Exhibit E:   Other Amended and Restated Governing Documents;

Exhibit F:   Board Members for Reorganized Holdings;

Exhibit G:   Restructured Term Loan Agreement;

Exhibit H:   Exit Facility Credit Agreement;

Exhibit I:   Intercreditor Agreement;

Exhibit J:   Surviving Preferences; and

Exhibit K:   Retained Causes of Action.

---

[1] The Debtors have not included in this Plan Supplement a Management Incentive Plan. The Board Members of Reorganized Holdings will structure and adopt a Management Incentive Plan.

The Debtors have not included employment agreements in this Plan Supplement. However, at or prior to the Confirmation Hearing, the Debtors will comply with the requirements of 11 U.S.C. §1129(a)(5).