**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
In re:                                                     :
                                                           :   Chapter 11
**COMFORT CO., INC.**,                                     :   Case No. 08-12305 (MFW)
a Delaware corporation, *et al*.,[1]                       :
                                                           :   Jointly Administered
        Debtors.                                           :
                                                           :   **Objection Deadline: April 15, 2009 at 4:00 p.m.**
                                                           :   **Hearing Date: April 22, 2009 at 11:30 a.m.**
---------------------------------------------------------- x

**FINAL APPLICATION OF ALVAREZ & MARSAL
SECURITIES, LLC, AS INVESTMENT BANKER TO THE DEBTORS,
FOR COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD
OCTOBER 3, 2008 THROUGH AND INCLUDING MARCH 5, 2009**

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal Securities, LLC |
| Authorized to Provide Professional Services to: | Comfort Co., *et al*. |
| Date of Retention: | October 30, 2008, *Nunc Pro Tunc* to October 3, 2008 |
| Periods for which Final Compensation and Reimbursement is Sought: | October 3, 2008 through March 5, 2009 |
| Amount of final compensation sought as actual, reasonable and necessary: | $ 1,436,290.32 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $ 2,566.54 |
| Total Compensation and Expense Reimbursement Sought: | $ 1,438,856.86 |

This is a(n) _____ monthly _____ interim __x__ final application.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Comfort Co., Inc. (0360); Sleep Innovations, Inc. (6386); Advanced Innovations Central, LLC (7109); Advanced Innovations East, LLC (2669); Advanced Innovations West, LLC (2116); Advanced Urethane Technologies, Inc. (1725); AUT Brenham, Inc. (7286); AUT Dallas, Inc. (7706); AUT Lebanon, Inc. (7928); AUT Newburyport, Inc. (7032); and AUT West Chicago, Inc. (7561). The address for all of the Debtors is 187 Route 36, Suite 101, West Long Branch, NJ 07764.

DM3\958079.4

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees / Expenses | Approved Fees / Expenses |
|---|---|---|---|
| 1st & 2nd Fee App 12/12/2008 [D.I. 296] | 10/3/08 – 11/30/08 | $135,483.87 / $1,813.51 | $135,483.87 / $1,813.51 |
| 3rd & 4th Fee App 2/13/2009 [D.I. 473] | 12/1/08 – 1/31/09 | $150,000.00 / $460.51 | $150,000.00 / $460.51 |
| 5th Fee App 3/20/09 [D.I. 525] | 2/1/09 – 2/28/09 | $75,000.00 / $292.52 | Pending |

# FINAL COMPENSABLE TIME BY PROFESSIONAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Area of Expertise | Hourly Billing Rate (including changes)[2] | Total Hours | Total Compensation |
|---|---|---|---|---|
| G. Varughese | Managing Director - 5 years; 20+ years prior banking experience at DLJ, Kidder Peabody, Drexel Burnham Lambert; M&A and Restructuring | NA | 15.5 | NA |
| M. Belanger | Managing Director - 2 years; 15 years prior banking experience at FTI Capital Advisors, Banc of America Securities, and Credit Suisse; M&A and Restructuring | NA | 224 | NA |
| M. Turco | Associate - 2 years; 2 years prior banking experience at Barnett & Partners LLC; M&A and Restructuring | NA | 99.5 | NA |
| P. Chiou | Analyst - 1.5 years; 2 years prior experience at Huron Consulting; M&A and Restructuring | NA | 75 | NA |
| A. Roluga | Analyst - 1 year; 2 years prior banking experience at Lehman Brothers; M&A and Restructuring | NA | 64 | NA |

---

[2] A&M is not billing on an hourly basis in this case.

## FINAL COMPENSATION BY CATEGORY

| Category | Total Hours | Total Fees[3] |
|---|---|---|
| Investment Banking | 478 | $1,436,290.32 |

## FINAL EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Airfare | | |
| Lodging | | |
| Ground Transportation | | $2,018.28 |
| Overtime Meals | | $98.82 |
| Delivery/Mail | | |
| Telephone | | $449.44 |
| Duplication | | |
| Information Resources | | |

---

[3] As previous monthly fees were invoiced based on the Engagement Letter date of August 7, 2008, the First Monthly Period fee was adjusted pro-rata for the period October 7, 2008 through and including October 31, 2008. The sixth monthly period was adjusted pro-rata for the period March 1, 2009 through and including March 5, 2009.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------- x
In re:                                                      :
                                                            :  Chapter 11
**COMFORT CO., INC.**,                                      :  Case No. 08-12305 (MFW)
a Delaware corporation, *et al.*,[1]                        :
                                                            :  Jointly Administered
  Debtors.                                                  :
                                                            :  **Objection Deadline: April 15, 2009 at 4:00 p.m.**
                                                            :  **Hearing Date: April 22, 2009 at 11:30 a.m.**
----------------------------------------------------------- x

## FINAL APPLICATION OF ALVAREZ & MARSAL SECURITIES, LLC, AS INVESTMENT BANKER TO THE DEBTORS, FOR COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 3, 2008 THROUGH AND INCLUDING MARCH 5, 2009

Alvarez & Marsal Securities, LLC ("A&M"), investment banker to Comfort Co., Inc. and its affiliated debtor subsidiaries (collectively, the "Debtors" or the "Company"), hereby submits this final application (the "Application") for final allowance and payment of all compensation and reimbursement of expenses for services performed and expenses incurred as requested in the first five monthly applications as investment banker to the Debtors in this proceeding. In support of this Application, A&M respectfully represents as follows:

1.      This Application is made pursuant to (i) Sections 327(a) and 328(a) of Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*.; (ii) Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); (iii) the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. §330, dated January 30, 1996 (the "U.S. Trustee Guidelines")

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Comfort Co., Inc. (0360); Sleep Innovations, Inc. (6386); Advanced Innovations Central, LLC (7109); Advanced Innovations East, LLC (2669); Advanced Innovations West, LLC (2116); Advanced Urethane Technologies, Inc. (1725); AUT Brenham, Inc. (7286); AUT Dallas, Inc. (7706); AUT Lebanon, Inc. (7928); AUT Newburyport, Inc. (7032); and AUT West Chicago, Inc. (7561). The address for all of the Debtors is 187 Route 36, Suite 101, West Long Branch, NJ 07764.

(iv) the order establishing procedures for interim monthly compensation and reimbursement of expenses of professionals ("Interim Compensation Procedures") entered November 5, 2008; and (v) the order granting A&M's retention dated October 30, 2008, ("Retention Order").

2. By this Application, A&M requests final allowance and payment of all compensation in the amount of $1,436,290.32 in fees, and reimbursement of actual and necessary expenses in the amount of $2,566.54 for an aggregate of $1,438,856.86 for the period October 3, 2008 through and including March 5, 2009 (the "Final Application Period").

## BACKGROUND

3. On or about August 7, 2008, the Debtors entered into an engagement letter with A&M (the "Engagement Letter"). The Debtors retained A&M to assist and advise the Debtors in connection with restructuring alternatives and sale alternatives. Prior to the petition date, A&M was involved in conducting a sale process for the Company which included: drafting a confidential information memorandum; soliciting 55 strategic and financial buyers in North America, South America, Europe and Asia as to their interest in transaction involving the Company; drafting a management presentation and creating an online data room to facilitate the due diligence investigations of potential buyers. Moreover, A&M assisted the Debtors in reviewing and analyzing the plan term sheet which ultimately formed the basis of the Debtors' reorganization process. This prepetition planning enabled the Debtors to reorganize within five months of the Petition Date (as defined below). Since then, A&M has worked diligently on the matters for which it was engaged and, as a result, has become uniquely qualified to assist in effectuating a restructuring or sale of the Debtors' business.

4. On October 3, 2008 (the "Petition Date") each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

5.  On October 6, 2008, the Debtors filed an application with this Court (the "Retention Application") requesting authorization to employ and retain A&M as Investment Banker to the Debtors pursuant to sections 327(a) and 328(a) and Rules 2014 and 2016 of the Bankruptcy Rules. As noted in the Debtors' retention application, A&M performed services for the Debtors effective *nunc pro tunc* to the Petition Date.

6.  On October 30, 2008, this Court entered an order authorizing the Debtors to retain and employ A&M as Investment Banker to the Debtors in these chapter 11 cases effective *nunc pro tunc* to the Petition Date.

7.  On December 24, 2008, the Debtors filed the Debtors' First Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code (the "Plan") [D.I. 357] and the Debtors' First Amended Disclosure Statement For Debtors' First Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code (the "Disclosure Statement") [D.I. 358].

8.  On December 29, 2009, the Court approved the Disclosure Statement as evidenced by the Order (A) Approving First Amended Disclosure Statement, (B) Fixing The Voting Record Date, (C) Scheduling Certain Hearing Dates And Deadlines In Connection With The Proposed Confirmation Of The Debtors' Proposed First Amended Plan Of Reorganization, And (D) Approving The Solicitation Procedures And Form Of Solicitation Package And Notices [D.I. 359].

9.  On February 4, 2009, the Court confirmed the Plan, as evidenced by the Findings Of Fact, Conclusions Of Law And Order Confirming The Debtors' First Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code [D.I. 458].

10. On March 5, 2009, the Plan went effective (the "Effective Date").

## Terms and Conditions of Compensation of A&M

11. On a monthly basis, pursuant to the Retention Order and Engagement Letter, A&M is to receive a fee of $75,000.00 (the "Monthly Fee", collectively for the Final Application Period, the "Monthly Fees") plus expenses.

12. In addition, pursuant to the Retention Order and Engagement Letter, A&M is to receive a restructuring transaction fee (the "Restructuring Fee") upon the Effective Date of $1,250,000.00, minus fifty percent of any monthly fees earned beginning with the third monthly fee.[2]

13. Pursuant to Retention Order, A&M has been granted a limited waiver with regard to compliance with Rule 2016-2(d)(iv) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and shall only be required to provide reasonable descriptions of the work it has performed in one-half hour increments.

14. As set forth in Exhibit A, A&M rendered 305.5 hours of professional services during the first and second application period, October 3, 2008 through November 30, 2008. Under the terms of A&M's retention, A&M was entitled to fees in the amount of $135,483.87 and associated reasonable and necessary expenses in the amount of $1,813.51.

15. As set forth in Exhibit B, A&M rendered 108 hours of professional services during the third and fourth application period, December 1, 2008 through January 30, 2009. Under the terms of A&M's retention, A&M was entitled to fees in the amount of $150,000.00 and associated reasonable and necessary expenses in the amount of $460.51.

---

[2] A&M commenced its engagement, pursuant to the terms of the Engagement Letter on August 7, 2008. Commencing on October 7, 2008, fifty percent of A&M's monthly fee is credited to the Restructuring Fee.

16. As set forth in Exhibit C, A&M rendered 64.5 hours of professional services during the fifth application period, February 1, 2009 through February 28, 2009. Under the terms of A&M's retention, A&M was entitled to fees in the amount of $75,000.00 and associated reasonable and necessary expenses in the amount of $292.52.

17. Under the terms of A&M's retention, A&M was entitled to fees in the prorated amount of $12,096.77 for the stump period, March 1, 2009 through March 5, 2009.

18. All services for which compensation is requested and expenses for which reimbursement is requested are reasonable and necessary and were performed for and on behalf of the Debtors during the Final Application Period.

## Compensation Paid and Its Sources

19. All services for which compensation is requested by A&M were performed for or on behalf of the Debtors.

20. A&M has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in the matters covered by this Application. There is no agreement between A&M and any other person for the sharing of compensation to be received for services rendered in these cases.

## Summary of Services Provided by A&M

21. The Debtors selected A&M as their Investment Banker because of A&M's extensive and diverse experience, knowledge, and reputation in the restructuring field, its understanding of the issues involved in chapter 11 cases, and because the Debtors believe that A&M is well-qualified to provide the investment banking and restructuring services that will be required here. A&M has served as investment banker in many chapter 11 cases, and has substantial experience representing debtors.

### Detailed Daily Time Log

22. A&M's time records (kept in ½ hour increments) for the Final Application Period are attached hereto as part of the reproduced interim fee applications in Exhibits A-C. Such records contain the daily time logs describing the time spent by each professional during the particular period.

### Detailed Daily Expense Log

23. A summary of the actual and necessary expenses and daily logs of expenses incurred by A&M during the Final Application Period is attached hereto as part of the reproduced interim fee applications in Exhibits A-C.

### Summary of Services Rendered

24. During the Final Application Period, A&M's work on behalf of the Debtors has involved the following:

- Analysis and discussion with the Company with respect to financial issues, including liquidity requirements.

- Analysis and presentation of proposals from prospective purchasers.

- Solicitation of additional parties to assess their interest in acquiring the Company.

- Analysis of market and other data with respect to the Company's competitors and industry participants.

- Assisting and facilitating the due diligence process of a number of potential purchasers and advisors to the Official Committee of Unsecured Creditors including drafting a management presentation, preparation of an online data room, coordinating and organizing meetings, conference calls and due diligence requests.

- Analysis and due diligence related to exit financing.

- Participated in, and assisted in the preparation for, meeting with credit rating agencies with respect to the exit financing.

- Participating in, and preparing for, meetings and telephone calls with the Company, the steering committee for the lenders, and the Official

Committee of Unsecured Creditors related to exit financing, proposals from potential buyers, operations of the Company and other issues.

- Review and assistance with case documents such as the credit agreements for the term loan and exit facility, the Plan and Disclosure Statement as well as retention and other case matters.

- Advise and assistance with respect to negotiating various terms contained in the credit agreements.

- Analysis and due diligence with respect to the Debtors ongoing financial performance and important strategic and other developments concerning the business of the Company.

- Attending court hearings.

25. During these chapter 11 cases, A&M coordinated its services with regard to the above matters with the services of other advisors and counsel in these cases, as appropriate, in an effort to avoid unnecessary duplication of effort.

**Requested Relief**

26. A&M's fees and expenses fulfill the requirements of Section 328 of the Bankruptcy Code. The professional services and related expenses that are the subject of this Application were rendered and incurred in connection with these Chapter 11 cases and in the discharge of A&M's professional responsibilities as Investment Banker to the Debtors. A&M's services have been substantial, necessary, and beneficial to the Debtors and other parties-in-interest. A&M believes that the fees and expenses requested by this Application are reasonable, similar to the compensation charged by comparably skilled practitioners in cases other than those in bankruptcy, and necessary given the variety and complexity of the issues involved in these cases and the need to act or respond on an expedited basis to those issues.

27. To the best of A&M's knowledge, this Application complies with Sections 328 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines, Local Rule 2016-2 and the Interim Compensation Procedures.[3]

28. A&M seeks final reimbursement of expenses in the amount of $2,566.54 and final compensation calculated as follows:

$1,250,000.00          (Restructuring Fee)

$ 186,856.86          (Monthly Fees)[4]

$1,436,290.32

---

[3] As set in the Retention Order, A&M has been granted a limited waiver of Local Rule 2016-2(d)(iv) and thus, is permitted to record its time in half hour increments rather than tenths of an hour.

[4] The Monthly Fees have been reduced by 50% to reflect the fact that 50% of the Monthly Fees (commencing in October 2008) are to be credited to the Restructuring Fee.

WHEREFORE, A&M requests this Court, pursuant to section 331 of the Bankruptcy Code, after notice and hearing, enter a final order: (i) allowing final compensation to A&M in the amount of $1,436,290.32 for actual, reasonable and necessary professional services rendered on behalf of the Debtors during the Final Application Period and final reimbursement in the amount of $2,566.54 for actual reasonable and necessary expenses incurred during the Final Application Period; (ii) authorizing the Debtors to pay to A&M any portion of the foregoing allowed fees and expenses not previously paid; (iii) providing that all of the foregoing fees and expenses shall be treated as administrative expense claim pursuant to section 503(b) of the Bankruptcy Code; and (iv) granting A&M such other and further relief as may be just and proper.

Dated: April 1, 2009

ALVAREZ & MARSAL SECURITIES, LLC

_____
George Varughese, Managing Director

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                              :
                                                    :   Chapter 11
**COMFORT CO., INC.,**                              :
a Delaware corporation, *et al.*,[1]                :   Case No. 08-12305 (MFW)
                                                    :
    Debtors.                                        :   Jointly Administered
                                                    :
                                                    :
---------------------------------------------------------- x

## CERTIFICATION OF GEORGE VARUGHESE

GEORGE VARUGHESE, under penalty of perjury, declares and says:

      1.    I am a Managing Director of the firm of Alvarez & Marsal Securities, LLC and I make this certification in support of the Final Application Of Alvarez & Marsal Securities, LLC, As Investment Banker To The Debtors, For Compensation For Services Rendered And Reimbursement Of Expenses For The Period From October 3, 2008, Through March 5, 2009 (the "Application").

      2.    I have read the Local Rules, and believe that this Application complies with the provisions of the Local Rule 2016-2 and the Retention Order.[2]

Dated: April 1, 2009

                                                          _____
                                                            GEORGE VARUGHESE

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Comfort Co., Inc. (0360); Sleep Innovations, Inc. (6386); Advanced Innovations Central, LLC (7109); Advanced Innovations East, LLC (2669); Advanced Innovations West, LLC (2116); Advanced Urethane Technologies, Inc. (1725); AUT Brenham, Inc. (7286); AUT Dallas, Inc. (7706); AUT Lebanon, Inc. (7928); AUT Newburyport, Inc. (7032); and AUT West Chicago, Inc. (7561). The address for all of the Debtors is 187 Route 36, Suite 101, West Long Branch, NJ 07764.

[2] Capitalized terms used herein and not defined herein shall have the meaning given such terms in the Application.