IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :
                                                           :  Chapter 11
**COMFORT CO., INC.,**                                     :  Case No. 08-12305 (MFW)
a Delaware corporation, *et al.*,[1]                       :
                                                           :  Jointly Administered
        Debtors.                                           :
                                                           :  Rel. Docket No. 539
                                                           :
---------------------------------------------------------- x

## ORDER APPROVING THE FINAL APPLICATION OF ALVAREZ & MARSAL SECURITIES, LLC, AS INVESTMENT BANKER TO THE DEBTORS, FOR COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 3, 2008 THROUGH AND INCLUDING MARCH 5, 2009

Alvarez & Marsal Securities, LLC ("A&M" or the "Applicant"), having filed the Final Application Of Alvarez & Marsal Securities, LLC, As Investment Banker To The Debtors, For Compensation For Services Rendered And Reimbursement Of Expenses For The Period From October 3, 2008, Through March 5, 2009 (the "Application"), and it appearing that the Court has jurisdiction over this matter; and it appearing that due and proper notice of the Application has been given; and the Court having considered the Application and having found the amounts requested in the Application to be reasonable; and after due deliberation, and sufficient cause appearing therefore; it is hereby

ORDERED, that the Application is granted; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Comfort Co., Inc. (0360); Sleep Innovations, Inc. (6386); Advanced Innovations Central, LLC (7109); Advanced Innovations East, LLC (2669); Advanced Innovations West, LLC (2116); Advanced Urethane Technologies, Inc. (1725); AUT Brenham, Inc. (7286); AUT Dallas, Inc. (7706); AUT Lebanon, Inc. (7928); AUT Newburyport, Inc. (7032); and AUT West Chicago, Inc. (7561). The address for all of the Debtors is 187 Route 36, Suite 101, West Long Branch, NJ 07764.

ORDERED, that A&M is allowed final compensation in the amount of $1,436,290.32 for services rendered and $2,566.54 as reimbursement of final actual and necessary expenses incurred; and it is further

ORDERED, that the Debtors are authorized and directed to pay A&M any portion of the foregoing allowed fees and expenses not previously paid; and it is further

ORDERED, that all of the foregoing fees and expenses shall be treated as administrative expense claims pursuant to 11 U.S.C. § 503(b); and it is further

ORDERED, that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.


Dated: April 22, 2009
Wilmington, Delaware

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge